HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
EMILY JANE LEAHY, SBN 253866
eleahy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
T-MOBILE USA, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MITRA RICHTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-00396-JVS-ADS<br><br>**JUDGMENT**<br><br>Judge:　Hon. James V. Selna<br>Date:　　October 4, 2021<br>Time:　　3:00 p.m.<br>Crtrm.:　10C<br><br>Action File: February 27, 2020<br>Trial Date: February 15, 2022 |

The Court, having considered the pleadings, moving and opposition papers, and all other matters presented and accepted by the Court, granted Defendant T-Mobile USA, Inc.'s ("T-Mobile") motion for summary judgment based on its finding that there were no triable issues of material fact as to the causes of action alleged by Plaintiff Mitra Richter ("Richter") alleged against T-Mobile, as outlined in the Court's October 4, 2021 Order (ECF 40).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　Judgment is hereby entered in favor of T-Mobile and against Richter. Accordingly, this action is dismissed in its entirety, with prejudice.

/ / /

/ / /

/ / /

2. Richter shall take nothing from T-Mobile, and T-Mobile shall recover from Richter costs of suit in this action.

Dated: October 29, 2021

Hon. James V. Selna
Judge, United States District Court